**Order and Dissenting Order filed November 4, 2021.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-19-00885-CV**

_____

**KENNARD LAW, P.C., Appellant**

**V.**

**AL DAVIDSON; AMERICAN POSTAL WORKERS UNION, ALF-CIO, LOCAL 185; DEA ALBERTSON; COREY JASPER; BARBARA VAUGHNS; AND DIANN SCURLARK, Appellees**

**On Appeal from the 61st District Court
Harris County, Texas
Trial Court Cause No. 2019-11524**

## ORDER

The notice of appeal in this matter was filed by Leslie Taylor and Kennard Law, P.C. Leslie Taylor has since been dismissed from this appeal for want of prosecution. A brief was filed on behalf of Alfonso Kennard, Jr. However, Alfonso Kennard, Jr. is not a party to this appeal. Alfonso Kennard, Jr. may file an amended notice of appeal within 10 days from today's date indicating his intent to appeal or his brief will be stricken. *See* Tex. R. App. 25.1(g).

No brief has been filed on behalf of Kennard Law, P.C. If a brief is not filed on behalf of Kennard Law, P.C. within 10 days of this order, Kennard Law, P.C. will be dismissed for want of prosecution. *See* Tex. R. App. 42.3(b).


/s/     Frances Bourliot
        Justice


Panel consists of Justices Bourliot, Zimmerer, and Spain. (Spain, J., dissenting).